IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC.<br><br>      Plaintiff,<br>v.<br><br>MICRON TECHNOLOGY, INC.,<br>POWERCHIP SEMICONDUCTOR CORP.,<br>PROMOS TECHNOLOGIES, INC., and<br>MOSEL VITELIC, INC.<br><br>      Defendants. | Case No. 2:06CV302-DF |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF MOSAID AND DEFENDANTS PROMOS AND MOSEL

IT IS STIPULATED by and between MOSAID Technologies, Inc. ("MOSAID"), on the one hand, and ProMOS Technologies, Inc. ("ProMOS") and Mosel Vitelic, Inc. ("MVI"), on the other hand, through their respective counsel, that:

1. All claims for relief asserted by MOSAID against ProMOS and MVI are dismissed with prejudice, and all claims for relief asserted by ProMOS and MVI against MOSAID are dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and

2. MOSAID, ProMOS, and MVI each shall bear their own attorneys' fees and costs for this action.

IT IS HEREBY STIPULATED.

By: /s/ John D. Hamann

Dated: February 8, 2008

Henry Bunsow (*Lead Attorney*)
California State Bar No. 60707
K. T. Cherian
California State Bar No. 133967
Scott Wales
California State Bar No. 179804
John D. Hamann
Georgia State Bar No. 320109
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
Email: bunsowh@howrey.com
Email: cheriank@howrey.com
Email: waless@howrey.com
Email: hamannj@howrey.com

Jeannine Sano
California State Bar No. 174190
HOWREY LLP
1950 University Avenue, Fourth Floor
East Palo Alto, CA  94303
Telephone:  (650) 798-3636
Facsimile:  (650) 798-3600
Email:  sanoj@howrey.com

Heather M. Khassian
Texas State Bar No. 204045902
HOWREY LLP
1111 Louisiana, 25th Floor
Houston, Texas  77002
Telephone: (713) 787-1515
Facsimile:  (713) 787-1440
Email:  khassianh@howrey.com

By: /s/ Sean P. DeBruine

Dated: February 8, 2008

Sean P. DeBruine (*Lead Attorney*)
Yitai Hu
S.H. Michael Kim
Hsin-Hsin Liu
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-838-2000
Facsimile: 650-838-2001
Email: sdebruine@akingump.com
Email: yhu@akingump.com
Email: mkim@akingump.com
Email: glui@akingump.com

Todd E. Landis
Texas State Bar No. 24030226
AKIN GUMP STRAUSS HAUER & FELD
1700 Pacific Ave, Suite 4100
Dallas, TX 75201-4618
Telephone: 214-969-2777
Facsimile: 214-969-4343
Email: tlandis@akingump.com

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| S. Calvin Capshaw<br>State Bar No. 03783900<br>Elizabeth DeRieux<br>State Bar No. 05770585<br>BROWN McCARROLL LLP<br>1127 Judson Road, Suite 220,<br>P.O. Box 3999<br>Longview, Texas 75601-5157<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787<br>Email: ccapshaw@mailbmc.com<br>Email: ederieux@mailbmc.com | Damon Young<br>YOUNG, PICKETT & LEE<br>4122 Texas Boulevard<br>Texarkana, TX 75504<br>Telephone: (903) 794-1303<br>Facsimile: (903) 792-5098<br>Email: dyoung@youngpickettlaw.com |
| Franklin Jones Jr.<br>State Bar No. 00000055<br>JONES AND JONES, INC., P.C.<br>201 West Houston Street<br>P.O. Drawer 1249<br>Marshall, TX 75671-1249<br>Telephone: (903) 938-4395<br>Facsimile: (903) 938-3360<br>Email: maizieh@millerfirm.com | |
| Otis W. Carroll<br>State Bar No. 03895700<br>IRELAND CARROLL AND KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>P.O. Box 7879<br>Tyler, TX 75711<br>Telephone: (903) 561-1600<br>Facsimile: (903) 561-1071<br>Email: nancy@icklaw.com | |
| **ATTORNEYS FOR PLAINTIFF**<br>**MOSAID TECHNOLOGIES INC.** | **ATTORNEYS FOR MOSEL VITELIC INC.**<br>**AND PROMOS TECHNOLOGIES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 8, 2008.

/s/ John D. Hamann
John D. Hamann