IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC.<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br>POWERCHIP SEMICONDUCTOR CORP.,<br>PROMOS TECHNOLOGIES, INC., and<br>MOSEL VITELIC, INC.<br><br>Defendants. | Case No. 2:06CV302-DF |

### [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS BETWEEN PLAINTIFF MOSAID AND DEFENDANTS PROMOS AND MOSEL

Having reviewed MOSAID Technologies, Inc.'s ("MOSAID"), ProMOS Technologies, Inc.'s ("ProMOS"), and Mosel Vitelic, Inc.'s ("MVI") stipulated filing,

IT IS HEREBY ORDERED that:

1. All claims for relief asserted by MOSAID against ProMOS and MVI in this action are dismissed with prejudice, and all claims for relief asserted by ProMOS and MVI against MOSAID in this action are dismissed with prejudice; and

2. MOSAID, ProMOS, and MVI each shall bear their own attorneys' fees and costs for this action.

**SIGNED this 13th day of February, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

DM_US:21014514_1

1