UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MOSAID TECHNOLOGIES, INC., | ) | Case No.: C 08-4494 PVT |
| Plaintiff, | ) ) | **AMENDED ORDER REFERRING CASE TO DISTRICT JUDGE JEREMY FOGEL FOR RELATED CASE CONSIDERATION** |
| v. | ) ) ) | |
| MICRON TECHNOLOGY, INC. and POWERCHIP SEMICONDUCTOR CORP., | ) ) ) ) | |
| Defendants. | ) ) | |

It has come to the court's attention that the above-captioned action, recently transferred from the Eastern District of Texas, Marshall Division, may be related to an action, currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to District Judge Jeremy Fogel with a request that he consider whether the following action is related:

*Micron Technology, Inc. v. Mosaid Technologies, Inc.,* Case No. C 06-4496 JF (RS).

Dated: *October 2, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*