1

2  (Counsel listed in signature blocks)

3

4

5

6

7

8

9                                    UNITED STATES DISTRICT COURT

10                                   NORTHERN DISTRICT OF CALIFORNIA

11                                           SAN JOSE DIVISION

12  MOSAID TECHNOLOGIES INC.,                )
                                             )
13                  Plaintiff,                ) Case No. C 08-4494 JF
                                             )
14          v.                                ) **STIPULATION DISMISSING WITH**
                                             ) **PREJUDICE CLAIMS BETWEEN**
15  MICRON TECHNOLOGY, INC. and               ) **MOSAID AND POWERCHIP**
    POWERCHIP SEMICONDUCTOR CORP.,            )
16                                           )
                    Defendants.               )
17

18      IT IS STIPULATED by and between MOSAID Technologies Inc. ("MOSAID"), on the one hand,

19  and Powerchip Semiconductor Corp. ("Powerchip"), on the other hand, through their respective

20  counsel, that:

21      1.  All claims for relief asserted by MOSAID against Powerchip are dismissed with
            prejudice, and all claims for relief asserted by Powerchip against MOSAID are
22          dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil
23          Procedure;  and

24      2.  MOSAID and Powerchip each shall bear their own attorneys' fees and costs for this
            action.
25

26

27

28
                                                  1

1

2  Dated:  October 31, 2008

3

4  By:  /s/ John D. Hamann

5    Henry C. Bunsow (SBN 060707)
    K.T. Cherian (SBN 133967)
6    Scott Wales (SBN 179804)
    John D. Hamann (*pro hac vice*)
7    Sarah M. Jalali (SBN 244971)

8    HOWREY LLP
    525 Market Street, Suite 3600
9    San Francisco, CA 94105
    (415) 848-4900 Fax: (415) 848-4999
10   bunsowh@howrey.com
    cheriank@howrey.com
11   waless@howrey.com
    hamannj@howrey.com
12   jalalis@howrey.com

13  Attorneys for MOSAID TECHNOLOGIES INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: October 31, 2008

2

3  BY:  /s/ Diana M. Sangalli
     Lina M. Brenner (SBN 191075)
4    **DUANE MORRIS LLP**
     One Market, Spear Tower, Suite 2000
5    San Francisco, CA 94105-1104
     Telephone: 415.957.3000
6    Facsimile: 415.957.3001
     E-Mail:   lmbrenner@duanemorris.com
7
     Dan C. Hu (Admitted Pro Hac Vice)
8    Diana M. Sangalli (Admitted Pro Hac Vice)
     **TROP, PRUNER & HU, P.C.**
9    1616 South Voss Road, Suite 750
     Houston, TX  77057-2631
10   Telephone: 713.468-8880
     Facsimile: 713.468-8883
11   E-Mail:   hu@tphm.com

12   Thomas W. Sankey (Admitted Pro Hac Vice)
     **DUANE MORRIS LLP**
13   3200 Southwest Freeway, Suite 3150
     Houston, TX  77027-7534
14   Telephone: 713.402.3900
     Facsimile: 713.402.3901
15   E-Mail:   twsankey@duanemorris.com

16  Attorneys for Defendant

17  POWERCHIP SEMICONDUCTOR CORPORATION

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF system on October 31, 2008.

                                               /s/ John D. Hamann
                                                John D. Hamann