**E-Filed 12/2/2008**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY, INC., <br><br> Defendant. | Case Number C 08-4494 JF (RS) <br><br> ORDER[1] DENYING MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL <br><br> [re: doc. no. 420] |

　　Having considered Defendant MOSAID Technologies Inc.'s ("MOSAID") motion to shorten time for hearing and briefing with respect to MOSAID's pending motion to compel, IT IS HEREBY ORDERED that the motion to shorten time is DENIED. The hearing regarding the pending motion to compel is scheduled for January 30, 2009, at which time either party may address any outstanding conflicts with the current scheduling order.

DATED: December 2, 2008

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 08-4494 JF (RS)
ORDER DENYING MOTION TO SHORTEN TIME ETC.
(JFLC1)

1  This Order has been served upon the following persons:

2  Alexis Gorton    agorton@kirkland.com

3  Andrew Y. Piatnicia    piatniciaa@howrey.com

4  Anthony S. Kim    kimt@Howrey.com, guthartg@howrey.com

5

6  Bao Nguyen    bnguyen@kirkland.com

7  Birk Billingsley    bbillingsley@kirkland.com

8  Carly Slack Anderson    canderson@texarkanalaw.com

9  Christian Chadd Taylor    ctaylor@kirkland.com

10

11  Cortney Hoecherl    choecherl@kirkland.com

12  Cortney Cilenn Hoecherl    choecherl@kirkland.com

13  Dan C Hu    hu@tphm.com

14  Deborah J Race    drace@icklaw.com

15

16  Diana M Sangalli    dsangalli@tphm.com

17  Edwin Evans Richards , II    richards@tphm.com

18  Elizabeth L. DeRieux    ederieux@capshawlaw.com

19  Farah Shirin Anthony    anthonyf@howrey.com

20  Gregory S. Arovas    garovas@kirkland.com

21

22  Heather Megan Khassian    khassianh@howrey.com

23  Henry Charles Bunsow    bunsowh@howrey.com

24  James A. Shimota    jshimota@kirkland.com

25  Jeannine Y. Sano    sanoj@howrey.com

26  John C Spaccarotella    jspaccarotella@kirkland.com

27

28  John David Crisp    dcrisp@cbplaw.com

2

Case No. C 08-4494 JF (RS)
ORDER DENYING MOTION TO SHORTEN TIME ETC.
(JFLC1)

1    John David Hamann    hamannj@howrey.com, florest@howrey.com

2    Joseph Song    songj@howrey.com, woldb@howrey.com

3    Kfir B. Levy    kylevy@fr.com

4

5    Kimberly A. Schmitt    kschmitt@kirkland.com

6    Korula T. Cherian    cheriank@howrey.com

7    Nicholas H. Patton    nickpatton@texarkanalaw.com

8    Otis W. Carroll , Jr.    Fedserv@icklaw.com

9

10    Reed Joseph Hablinski    rhablinski@tphm.com

11    Robert Scott Wales    WalesS@howrey.com, kalaheled@howrey.com

12    Roy Wang    rwang@kirkland.com

13    Sarah M. Jalali    jalalis@howrey.com

14

15    Sean P. DeBruine    sean.debruine@alston.com, sissel.browder@alston.com

16    Sidney Calvin Capshaw , III    ccapshaw@capshawlaw.com

17    Thomas W Sankey    twsankey@duanemorris.com, fshampton@duanemorris.com, wkhines@duanemorris.com

18

19    Todd M. Friedman    tfriedman@kirkland.com

20    Yitai Hu    yitai.hu@alston.com, sissel.browder@alston.com

21    Damon Michael Young
     Young Pickett & Lee
22    4122 Texas Blvd.
     P.O. Box 1897
23    Texarkana, TX 75504-1897

24

25    David Rokach
     Kirkland & Ellis LLP
26    AON Building
     200 East Randolph Drive
27    Chicago, IL 60601-6636

28

Case No. C 08-4494 JF (RS)
ORDER DENYING MOTION TO SHORTEN TIME ETC.
(JFLC1)

1  Franklin Jones, Jr.
   Jones & Jones, Inc., P.C.
2  201 West Houston Street
3  P.O. Drawer 1249
   Marshall, TX 75671-1249
4

5  Hsin-Hsin Liu
   Akin Gump Strauss Hauer and Feld LLP
6  3000 El Camino Real
   Bldg 2 Suite 400
7  Palo Alto, CA 94306

8
   John Michael Pickett
9  Young Pickett & Lee
   4122 Texas Blvd.
10 P.O. Box 1897
11 Texarkana, TX 75504-1897

12 Justin Kurt Truelove
   Patton & Tidwell
13 4605 Texas Boulevard
14 P.O. Box 5398
   Texarkana, TX 75505-5398
15
   Louis Brucculeri
16 Wong, Cabello, Lutsch, Rutherford & Bruc
17 20333 SH 249, Suite 600
   Houston, TX 77070
18
   S.H. Michael Kim
19 Alston + Bird LLP
20 3000 El Camino Real
   Suite 400
21 Palo Alto, CA 94306

22

23

24

25

26

27

28

4

Case No. C 08-4494 JF (RS)
ORDER DENYING MOTION TO SHORTEN TIME ETC.
(JFLC1)