1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., | ) ) ) Case No. C 08-4494 JF ) ) **[PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS BETWEEN MOSAID AND MICRON** ) ) ) |
| Plaintiff, | |
| v. | |
| MICRON TECHNOLOGY, INC., | |
| Defendant. | |

**HOWREY LLP**

Case No. C 08-4494 JF
[Proposed] Order Dismissing Claims With Prejudice

1  Having reviewed MOSAID Technologies Inc.'s ("MOSAID") and Micron Technology, Inc.'s
2  ("Micron") stipulated filing, the Court hereby ORDERS:
3      1.   All claims for relief asserted by MOSAID against Micron are dismissed with prejudice,
4           and all claims for relief asserted by Micron against MOSAID are dismissed with
5           prejudice; and
6
7      2.   MOSAID and Micron each shall bear their own attorneys' fees and costs for this
8           action.
9  Dated: __2/3/09_____        _____
10                                   Hon. Jeremy Fogel
                                     United States District Judge